**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:08-CR-27-MEF** |
| | ) | |
| **JOSHUA LYNN BROWN** | ) | |

**MOTION TO WAIVE DETENTION HEARING**

**COMES NOW** the Defendant, Joshua Lynn Brown, by and through undersigned counsel, Aylia McKee, and moves this Honorable Court to waive the Detention Hearing in this case which is presently scheduled for today, February 29, 2008. As grounds for granting this Motion, Defendant would show the following:

1.  The Federal Defender Office was appointed to represent Mr. Brown on February 25, 2008 with respect to allegations involving being a felon in possession of a firearm.

2.  It appears from paperwork included in the discovery that Mr. Brown has a pending state revocation in Randolph County, Alabama.

3.  Due to the pending state revocation, Mr. Brown waives the detention hearing at this time.

4.  If the state revocation is resolved in favor of Mr. Brown, the issue of detention will be raised at that more appropriate time.

5.  Counsel for the prosecution does not oppose this motion.

**WHEREFORE**, for the foregoing reasons, Mr. Brown respectfully requests that the Court grant this Motion and waive the detention hearing.

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:08-CR-27-MEF** |
| | ) | |
| **JOSHUA LYNN BROWN** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Matthew Shephard, Assistant United States Attorney.

    Respectfully submitted,

    s/ Aylia McKee
    AYLIA MCKEE
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: aylia_mckee@fd.org
    ASB-6178-A39M