IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:08cr27-MEF |
| | ) | |
| JOSHUA LYNN BROWN | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's waiver of detention hearing (Doc. #10) filed February 29, 2008, and for good cause stated in the motion for detention hearing (Doc. # 4) filed February 25, 2008, it is

ORDERED that the motion is GRANTED

. It is further

ORDERED that the detention hearing scheduled for February 29, 2008 at 2:30 p.m. is CANCELLED and that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE, this 29th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE