IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 3:08-CR-27-MEF |
| ) | |
| JOSHUA LYNN BROWN ) | |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the Defendant, Joshua Lynn Brown, by and through undersigned counsel, Aylia McKee, and, pursuant to 18 U.S.C. § 3142(f), moves this Court to schedule a detention hearing. In support of this motion the defense states:

1. Mr. Brown is charged in a one count indictment with being a felon in possession of a firearm.

2. On February 29, 2008, Mr. Brown waived his right to a detention hearing but reserved the right to revisit the issue of detention at a later time. (Doc #10)

3. After some investigation, including speaking with Randolph County probation officer, Roderick Chambers, and Mr. Brown's state defense attorney, Kesa Johnston, it is our understanding that if Mr. Brown is granted release from federal custody, Mr. Brown will be able to quickly address and resolve his pending state hearing and, thereby, be available to continue to assist in the investigation and defense of his federal case. Specifically, Officer Chambers does not seek to have Mr. Brown revoked.

WHEREFORE, for these reasons set forth above, Mr. Brown asks that the detention hearing in this matter be scheduled.

Respectfully submitted,


s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 3:08-CR-27-MEF |
| | ) | |
| **JOSHUA LYNN BROWN** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Matthew Shephard, Assistant United States Attorney.

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M