IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:08cr27-MEF |
| | ) | |
| JOSHUA LYNN BROWN | ) | |

## **ORDER**

Upon consideration of defendant's motion for detention hearing (Doc. # 15) filed June 24, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. A detention hearing is scheduled for July 18, 2008 at 9:00 a.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal is DIRECTED to produce the defendant for the hearing.

DONE, this 15th day of July, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE