IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA              )
                                      )
        v.                            )              CR. NO. 3:08cr27-MEF
                                      )
JOSHUA LYNN BROWN                     )

## ORDER

Upon consideration of defendant's pro se motion to dismiss attorney (Doc. # 17), filed

July 10, 2008, and for good cause, it is

ORDERED that the motion be and hereby is DENIED as discussed at the hearing on

July 18, 2008.

DONE, this 22nd day of July, 2008.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE