IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 3:08-CR-27-MEF |
| ) | |
| JOSHUA LYNN BROWN ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW the Defendant, Joshua Lynn Brown, by and through undersigned counsel, Aylia McKee, and pursuant to 18 U.S.C. §§ 3161(h)(1)(F),(h)(8)B)(i), and (h)(8)B)(iv) moves this Court for a continuance of the trial presently set for August 11, 2008, in the above-styled case. In support of this Motion, Defendant would show the following:

1.  Mr. Brown is charged with being a felon in possession of a firearm.

2.  At his initial appearance, Mr. Brown was detained based upon the fact he had pending state detainers/warrants. However, on or about June 24, 2008, the defense determined these holds could be resolved while this federal case was pending, allowing for his release on this charge. (Docket # 15).

3.  Therefore on July 18, 2008, this Court re-opened the issue of detention and conducted an evidentiary hearing.

4.  During the hearing, credible evidence/testimony was presented demonstrating the search of Mr. Brown's home may have been the product of an illegal search. This evidence was not provided to the defense during discovery, as it was not contained within any discoverable documents or items. Therefore, a pretrial motion addressing this suppression issue could not have been filed on or before the pleading deadline set forth in the Order on Arraignment.

5.  Because the delay in discovery of this information was not the result of lack or diligence by the defense, it is in the interest of justice to allow Mr. Brown the opportunity to litigate the suppression issue.

6.  However, all the relevant filings and any corresponding suppression hearing can not be completed on or before the present ly scheduled trial date of August 18, 2008.

7.  For these reasons, and without opposition, the defense asks that trial in this matter to be continued until on or after October 18, 2008.  This will allow this Court the time necessary to carefully consider and resolve this issue.

8.  The United States, through Assistant United States Attorney, Matthew Shepherd, does not oppose this requested continuance.[1]

9.  Requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, <u>cert. denied</u>, 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(F), this Court has the authority to continue trial when the interest of justice necessitates allowing counsel and this court sufficient time to consider the pretrial motion.

**WHEREFORE**, Mr. Brown respectfully requests that this Motion be granted and the trial in this matter be continued from the August 11, 2008, trial term.

---

[1] Government counsel is in agreement with Defense counsel that the information revealed at the detention hearing on July 18, 2008 is new evidence that was unknown to both parties prior to the hearing.

Dated this 29th day of July, 2008.

                              Respectfully submitted,

                              s/ Aylia McKee
                              AYLIA MCKEE
                              Assistant Federal Defender
                              201 Monroe Street, Suite 407
                              Montgomery, Alabama 36104
                              Phone: (334) 834-2099
                              Fax: (334) 834-0353
                              E-mail: aylia_mckee@fd.org
                              ASB-6178-A39M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:08-CR-27-MEF |
| | ) | |
| JOSHUA LYNN BROWN | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Matthew Shephard, Assistant United States Attorney.

                  Respectfully submitted,

                  s/ Aylia McKee
                  AYLIA MCKEE
                  Assistant Federal Defender
                  201 Monroe Street, Suite 407
                  Montgomery, Alabama 36104
                  Phone: (334) 834-2099
                  Fax: (334) 834-0353
                  E-mail: aylia_mckee@fd.org
                  ASB-6178-A39M