IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:08-cr-027-MEF |
| | ) | |
| JOSHUA LYNN BROWN | ) | |

# **O R D E R**

After an independent review of the transcripts of the hearings held on November 4, 2008 and January 13, 2009, as well as parties' motions and briefs, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The defendant's objection (Doc. #57) to the Recommendation of the Magistrate Judge filed on January 6, 2009 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #55) filed on December 31, 2008 is adopted;

3. The defendant's motion to suppress evidence and statements (Doc. #27) is DENIED.

DONE this 15th day of January, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE